IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL JEROME,<br><br>              Plaintiff,<br><br>     v.<br><br>PROVIDENCE HEALTH SYSTEM -<br>WASHINGTON, a Washington non-profit<br>corporation,<br><br>              Defendant. | Civil Case No. 06-991-ST<br><br>O R D E R |

Richard C. Busse
Busse & Hunt
621 SW Morrison Street, Suite 521
Portland, Oregon  97205

      Attorney for Plaintiff

Jeffrey Julius Druckman
Janine C. Blatt
Druckman & Blatt, PC
0424 S.W. Iowa Street
Portland, Oregon  97239

      Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on December 19, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#58).

IT IS HEREBY ORDERED that Providence's Motion for Summary Judgement (#29) is GRANTED as to:

1. Claim Two (violation of ERISA);

2. Claim Six (retaliation for filing a civil rights claim in violation of ORS 659A.030(f); and

3. Claims Three (violation of ORS Chapter 659A), Four (violation of ADA), and Five (violation of FMLA) to the extent they are premised upon Providence's act of refusing to rehire Jerome; and DENIED in all other respects.

DATED this 22nd day of January, 2008.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER